KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

FILED
JUL 2 2 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IRMA RUIZ, <br><br> Defendant. | No. 3-05-70460 MEJ <br><br> [PROPOSED] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM JULY 15, 2005 TO JULY 29, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

    The parties are scheduled to appear before the Court on July 22, 2005. The Court enters this order scheduling a new preliminary hearing/arraignment date of July 29, 2005, at 9:30 a.m., before the Honorable Edward M. Chen, and documenting the exclusion of time under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 22, 2005 to July 29, 2005. The defendant having been informed of her rights by counsel, the parties agreed, and the Court finds and holds, as follows:

    1. The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and government

STIPULATION AND ORDER
3-05-70460 MEJ

1  continuity of counsel.

2      2. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case before the July 29, 2005 preliminary hearing date. The parties are investigating a pre-
5  indictment disposition of the case.

6      3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
7  grant the requested continuance would unreasonably deny both government and defense counsel
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence, and would deny the defendant and the government continuity of counsel.

10     4. Given these circumstances, the Court found that the ends of justice served by
11 excluding the period from July 22, 2005 to July 29, 2005, outweigh the best interest of the public
12 and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

13     5. Accordingly, and with the consent of the defendant, the Court ordered that the period
14 from July 22, 2005 to July 29, 2005, be excluded from Speedy Trial Act calculations under 18
15 U.S.C. § 3161(h)(8)(A) & (B)(iv).

16     4. The Court scheduled a new preliminary hearing/arraignment date of July 29, 2005, at
17 9:30 a.m., before the Honorable Edward M. Chen.

18     IT IS SO STIPULATED.

20 DATED: 7/19/05

_____
TRACIE L. BROWN
Assistant United States Attorney

23 DATED: 7/20/05

_____
JOSHUA COHEN
Attorney for IRMA RUIZ

25     IT IS SO ORDERED.

27 DATED: 7/22/05

_____
HON. ED̶W̶A̶R̶D̶ ̶M̶.̶ ̶C̶H̶E̶N̶  NANDOR VADAS
United States Magistrate Judge

STIPULATION AND ORDER
3-05-70460 MEJ                                2